UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**

Scott Kwaak and Jason Johnson, Individually and on behalf of those similarly situated, Plaintiffs

**Defendant / Respondent:**

D.D.M. Medical Delivery Service, LLC, Devon Martins and Dennis Mayers, Defendants

## AFFIRMATION OF SERVICE

**Index No:**
**26-cv-02726-ARL**
**Date Filed: May 6, 2026**

I, Nicholas Travaglione affirm and say that I'm not a party herein, I'm over 18 years of age and reside in New York State. That on Tue, May 12 2026 AT 12:28 PM AT 75 NASSAU TERMINAL ROAD, NEW HYDE PARK, NY 11040 affirmant served the within Class and Collective Action Complaint (Received May 11, 2026 at 12:48pm EDT), Exhibit A (Received May 11, 2026 at 12:48pm EDT), Summons in a Cival Action (Received May 11, 2026 at 12:48pm EDT) on Dennis Mayers

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; affirmant knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Agency:** a defendant, therein named, by delivering a true copy of each to ____________ personally, affirmant knew said corporation/agency so served to be the corporation/agency described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Yannick Edmonds (Manager) a person of suitable age and discretion. That person was also asked by affirmant whether said premises was the defendant's place of business and the reply was affirmative. I asked Yannick if he was authorized to accept service on behalf of employee Dennis Mayers and he answered in the affirmative.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, affirmant was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Affirmant also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential that did not indicate on it that the communication was from an attorney or concerns an action against the person to be served at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department. Mailed on May 12 2026.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: | 40 | Skin Color: | Black | Gender: | Male | Weight: | 300 |
| Height: | 5'8" | Hair: | Black | Eyes: | N/A | Relationship: | Manager (Authorized Person) |

Other

Nicholas Travaglione
WRM Process Services & Investigations, Inc.
1019 Fort Salonga Rd Suite 10, Unit 166
NORTHPORT, NY 11768

Prepared for:
Famighetti & Weinwick, PLLC
25 MELVILLE PARK RD 235
MELVILLE, NY 11747-3109

Pursuant to NY CPLR § 2106. I affirm this 12 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.