UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SCOTT KWAAK and JASON JOHNSON, individually and on behalf of those similarly situated,
Plaintiffs

Case No. 2:26-cv-02726-ARL

vs.

D.D.M. MEDICAL DELIVERY SERVICE, LLC, DEVON MARTINS, and DENNIS MAYERS,
Defendants.

------------------------------------------------------------X

I hereby consent to be a party plaintiff in the above-captioned action. I understand that the action includes claims for unpaid overtime under the federal Fair Labor Standards Act (29 U.S.C. § 201 et seq., ("FLSA") for delivery drivers and dispatchers who worked with the last three years and as a prospective class action with respect to claims under state law for those who worked for Defendants since September 2019.

I was misclassified as an independent contractor when I should have been classified as an employee entitled to overtime premium pay. I worked for Defendants more than forty hours in one or more workweeks and did not receive overtime compensation of one-and-one half times my regular hourly rate for all hours in excess of forty hours in each such workweek. I was also paid less than the New York Minimum Wage after accounting for unreimbursed expenses, including vehicle maintenance expenses.

In the event that a class is certified, I designate the class representatives to act as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, settlement of the claims, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

**Choose One**

☑ I worked for DDM Medical Delivery Service, LLC as a delivery driver and/or dispatcher **within the last three years**. Therefore, I am asserting federal FLSA claims as well as state law claims.

☐ I worked for DDM Medical Delivery Service, LLC as a delivery driver and/or dispatcher **after September 2019, but more than three years ago.** Therefore, I am only asserting state law claims.

Name: Dwayne McClary Signature: Dwayne McClary Date: August 14, 2026